Fill in this information to identify the case:

Debtor name **EYM Diner of Florida, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 800-973-0424 | Federal tax lien - payroll taxes 2025-2026 | | | | $3,469,691.09 |
| 2 | Interbank<br>4921 North May Ave<br>Oklahoma City, OK 73112 | | | | | | $1,840,000.00 |
| 3 | Florida Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314 | 850-488-6800 | Sales Taxes | | | | $970,017.93 |
| 4 | Trust Capital Funding, LLC<br>10 Kearney Road, Suite 102<br>Needham, MA 02494 | | Merchant cash advance | | | | $852,350.92 |
| 5 | LEVYCO, LLC<br>3641 N 52nd Ave<br>Hollywood, FL 33021 | | Judgment | | | | $378,269.91 |
| 6 | Arkia Management Group LLC<br>128 S Tryon St<br>Charlotte, NC 28202 | | Merchant cash advance | | | | $229,250.00 |
| 7 | RF Servicing LLC:<br>4601 Sheridan Street, Suite 600<br>Hollywood, FL 33021 | | | | | | $165,999.96 |
| 8 | JCN Group, LLC<br>5603 E. Hillsborough Ave<br>Tampa, FL 33610 | | Lease - Store 7956 - 5603 E. Hilllsborough Ave, Tampa FL | | | | $153,000.00 |

Debtor **EYM Diner of Florida, LLC** Case number *(if known)* ____________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | McLane Company, Inc.<br>4747 McLane Pkwy<br>Temple, TX 76504 | | | | | | $126,072.76 |
| 10 | 5769 Rokovy<br>4377 Keiber Blvd<br>Sebring, FL 33870 | | Lease - Store 7808 - 4390 Hwy 27, Sebring FL | | | | $78,486.00 |
| 11 | Duke Energy Florida Inc<br>299 1st Ave N<br>CHARLOTTE, NC 28201-1004 | | Utility Services | | | | $68,141.97 |
| 12 | NDA Investments, LLC<br>255 E. Altamonte Drive<br>Altamonte Springs, FL 32701 | | Kease | | | | $63,000.00 |
| 13 | What Chefs Want<br>2055 Nelson Miller Pkwy<br>Louisville, KY 40223 | | Inventory | | | | $44,205.00 |
| 14 | Ecolab Pest Elimination<br>26252 Network Place<br>Chicago, IL 60673-1262 | 800-325-1671 | Repairs and Maintenance Services | | | | $43,847.27 |
| 15 | Orange County Tax Collector<br>PO Box 545100<br>Orlando, FL 32854 | 407-434-0312 | Real Estate Property Tax | | | | $38,031.52 |
| 16 | Realty of Florida II<br>4925 N O'Connor Rd<br>Irving, TX 75062 | | Landlord | | | | $37,500.00 |
| 17 | TECO TAMPA ELECTRIC<br>702 N Franklin St<br>TAMPA, FL 33631-3318 | 1-888-223-0800 | Utility Services | | | | $26,477.95 |
| 18 | Florida Power & Light Company<br>General Mail Facility<br>Miami, FL 33188-0001 | | Utility Services | | | | $19,383.48 |
| 19 | Suburban Propane,LP<br>240 Route 10 West<br>Whippany, NJ 07981 | (800) 776-7263 | Utility Services | | | | $18,284.32 |
| 20 | Johnstone Supply<br>1651 Rio Grande Ave<br>ATLANTA, GA 30394-7652 | (407) 849-0573 | Repairs and Maintenance Services | | | | $17,401.59 |